# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| MEBRAHTOM HABTE ZEWELDI,<br><br>          Petitioner,<br><br>    v.<br><br>WILLIAM BARR, *et al.*,<br><br>          Respondents. | EDCV 20-00759 TJH<br><br>Temporary Restraining Order<br>and<br>Order to Show Cause [4] |

    The Court has considered the application for a temporary restraining order seeking immediate release, filed in connection with a petition for a writ of *habeas corpus,* pursuant to 28 U.S.C. § 2241, challenging the conditions of confinement, by Petitioner Mebrahtom Habte Zeweldi, together with the moving and opposing papers.

    Petitioner is, currently, detained at the Adelanto Detention Center ["Adelanto"], in San Bernardino County, which is within the Central District of California. Petitioner asserts that, in light of the COVID-19 pandemic, the conditions of his confinement are, now, unconstitutional. Petitioner is a civil detainee. Petitioner is, currently, scheduled to appear before an immigration judge for a bond hearing on April 17, 2020.

    The Court incorporates by reference into this order the factual and legal grounds

supporting emergency injunctive relief, namely, immediate release, set forth in the Court's orders issued in *Castillo v. Barr*, CV 20-00605-TJH (AFMx)(C.D. Cal. Mar. 27, 2020), ECF No. 32; and *Hernandez v. Wolf*, CV 20-60017-TJH (KSx)(C.D. Cal. Apr. 1, 2020), ECF No. 17.

Based on the incorporated factual and legal grounds, and the facts and arguments presented, here,

𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that the application for a temporary restraining order be, and hereby is, 𝕲𝖗𝖆𝖓𝖙𝖊𝖉.

𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Respondents shall, by 5:00 p.m. on April 17, 2020, release Petitioner Mebrahtom Habte Zeweldi, pending further order of this Court, if he has not been otherwise released by that time as a result of his bond hearing scheduled for April 17, 2020.

𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Petitioner shall not violate any federal, state or local laws after being released from custody pursuant to this order.

𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Respondents shall show cause, if they have any, as to why the Court should not issue a preliminary injunction in this case. Respondents' response, if any, to this order to show cause shall be filed by Noon on April 22, 2020. Petitioner's reply, if any, to Respondents' response shall be filed by Noon on April 27, 2020. The matter will then stand submitted.

Date: April 15, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge